

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00078-CV

**IN RE WHATABRANDS LLC,** Relator

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
                Patricia O. Alvarez, Justice (dissenting without opinion)
                Liza A. Rodriguez, Justice

Delivered and Filed: May 29, 2024

PETITION FOR WRIT OF MANDAMUS DENIED

On February 1, 2024, relator filed a petition for writ of mandamus. After considering the petition, the court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. CC-23-392, styled *Diana Pena, Oswaldo Perez, and Martin E. Perez v. Whatabrands LLC and Whataburger Restaurants LLC*, pending in the County Court at Law, Starr County, Texas, the Honorable Orlando Rodriguez presiding.